Aimee G. Hamoy, CASB# 221228
Katrina R. Durek, CASB# 289461
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604-0119
---
1901 Harrison Street, Suite 1400
Oakland, California  94612-3523
Telephone:    (510) 444-6800
Facsimile:    (510) 835-6666
Email:         ahamoy@burnhambrown.com
                   kdurek@burnhambrown.com

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE BIERNACKI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TARGET CORPORATION and DOES 1 TO 200,<br><br>　　　　Defendants. | No.  4:18-CV-07381-DMR<br><br>*[Superior Court of California, County of Alameda, Case No. RG18896144 ]*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TARGET CORPORATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>**DATE: September 26, 2019**<br>**TIME:   1:00 p.m.**<br>**COURTROOM:  4**<br>**JUDGE:  Hon. Donna M. Ryu**<br><br>**Complaint filed:  March 8, 2018** |

The motion of Defendant TARGET CORPORATION ("Defendant") for summary judgment against Plaintiff JOANNE BIERNACKI ("Plaintiff") came on regularly for hearing on September 26, 2019 at 1:00 p.m. in Courtroom 4 of the above-entitled Court, The Honorable Judge Donna M. Ryu  presiding.  All parties to the motion appeared, and were represented by counsel.

///

After full consideration of the evidence, memorandum of points and authorities, and declarations submitted, as well as the oral argument presented by the parties, this Court finds that summary judgment shall be granted in favor of Defendant TARGET CORPORATION.

Based on the foregoing and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Defendant TARGET CORPORATION'S motion for summary judgment is GRANTED and that judgment is entered in favor of Defendant TARGET CORPORATION and against Plaintiff.

IT IS SO ORDERED.

Dated: _____          _____
                                  HON. DONNA M. RYU

4819-9173-7481, v. 1